David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8845 W Flamingo, Rd., Ste., 110
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ALLEN JOHNSON, individually, | Case No.: 2:17-cv-01562-JCM-VCF |
| Plaintiff, | |
| vs. | |
| FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES I through x, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the Plaintiff David Allen Johnson, by and through his counsel of record, Clay R. Treese, Esq. of The Law Office of Clay R. Treese, and Defendant Foremost Property and Casualty Insurance Company, by and through its counsel of record, David J. Feldman, Esq. of the The Feldman Firm, that Case No. 2:17-cv-01562-JCM-VCF entitled *David Allen Johnson v. Foremost Property and Casualty Insurance Company*, is hereby

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1


**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
Re:  *David Allen Johnson v. Foremost Property and Casualty Insurance Company*
Case No. 2:17-cv-01562-JCM-VCF

dismissed with prejudice and that all parties agree to bear their own attorneys' fees and costs and any interest.

**IT IS SO STIPULATED.**

Dated this 20 day of October, 2017      Dated this 23rd day of October, 2017

By:_____            By:_____
Clay R. Treese, Esq.                  THE FELDMAN FIRM
THE LAW OFFICE OF CLAY R. TREESE      David J. Feldman, Esq.
2272 South Nellis Boulevard, Suite 1  Nevada Bar No. 5947
Las Vegas, Nevada 89104               8845 West Flamingo Rd., Suite 210
Nevada Bar No. 9923                   Las Vegas, Nevada 89147
Telephone: (702) 727-4747             Telephone:  (702) 949-5096
Facsimile: (702) 727-4744             Facsimile:  (702) 949-5097
clay@claytreese.com                   dfeldman@feldmangraf.com
*Attorneys for Plaintiff*             *Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: October 25, 2017